3:23CV 214-TJC-MCR

I AM Santana Clark #C30322 and I will like the Assistance of the United States Government and the United States Courthouse. I AM Being violated of the Amendments set upon me By the United States Government. Suwannee institution is experimenting on the Inmates here with the "Pinacle Gland" Eyes! The Experiments are causing Heart problems and Brain Damage also some forms of cancer. Which is Negligence and violates My Eighth Amendment which forbids "cruel and unusual punishment". Also Pinacle Gland spawns 24 hours survieldance without consent from the eye sight. The advance technology being use is advance in which gets in human minds. Which also violates my Right to privatey in which is my fourth amendment. Multiple Amendments are Being violated by FDOC and Suwannee C.I. I have not signed off on this Experiment nor have I Been aware until experiencing. I am very competent of the whole Experiment and have evidence against this institution and FDOC that Breaks down the experiments Being Done. I have went through the Grievance process But NO Avail. I have not received any response So I do not know if answer was Approved or Denied. The Institution is trying to cover up the experiments Being done But I have Evidence At hand But I will not enclose it in case this letter Does not make it. I Am in Fear of My life and my Family life which is Being threatened if exposure was to come to the experiment I am in Desperate need of help Can I please have a Lawyer come see me so I Can explain more Please AS SOON AS POSSIBLE so I DO NOT know how much longer I will Be ALIVE. This IS NOT A JOKE Technology Being used can Disrupt and infitrate the United States Government and Puts

The state and country at Risk.

—Santana Clark #C30322

FILED 2023 FEB 27 PM 2:35 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL. JACKSONVILLE FLORIDA